Homer MOONEY, Appellant,

v.

AT & T UMBRELLA BENEFIT PLAN # 1, Appellee.

No. 09–1929.

United States Court of Appeals, Eighth Circuit.

Submitted: March 5, 2010.

Filed: March 15, 2010.

Homer Mooney, Conway, AR, pro se.

James Warren Stanley, Jr., Stanley Law Firm, Little Rock, AR, for Appellant.

Joann C. Maxey, Michael Muskheli, Williams & Anderson, Little Rock, AR, for Appellee.

Before WOLLMAN, COLLOTON, and GRUENDER, Circuit Judges.

PER CURIAM.

Homer Mooney appeals the district court's [1] adverse grant of summary judgment in his Employment Retirement Income Security Act lawsuit against AT & T Umbrella Benefit Plan # 1 (the Plan) arising from the denial of long-term-disability (LTD) benefits. Upon de novo review of the record, we agree with the district court that the Plan did not abuse its discretion in denying Mooney's claim for LTD disability benefits. *See Dillard's Inc. v. Liberty Life Assurance Co. of Boston,* 456

1. The Honorable James M. Moody, United States District Judge for the Eastern District of Arkansas.

F.3d 894, 899 (8th Cir.2006) (plan administrator's decision will be reversed only if it was arbitrary and capricious; decision need be only reasonable, meaning it must be supported by substantial evidence); *see also Norris v. Citibank, N.A. Disability Plan (501)*, 308 F.3d 880, 883–84 (8th Cir. 2002) (reviewing de novo district court's application of abuse-of-discretion standard). Accordingly, we affirm, and we reject as meritless Mooney's arguments for reversal. *See* 8th Cir. R. 47B.